STATE of Missouri, Respondent,

v.

Adam Paul MACE, Appellant.

No. WD 72957.

Missouri Court of Appeals, Western District.

Nov. 12, 2013.

Timothy Allan Blackwell, Jefferson City, for Respondent.

Jarrett A. Johnson, Kansas City, for Appellant.

Before Division One: ALOK AHUJA, P.J., THOMAS H. NEWTON, J., ANTHONY REX GABBERT, J.

### ORDER

PER CURIAM:

Adam Paul Mace appeals the circuit court's judgment convicting him of involuntary manslaughter in the first degree. We affirm. Rule 30.25(b).